JULIE VAN WERT, State Bar No. 166712
jvanwert@londonfischer.com
JEROME P. DOCTORS, State Bar No. 143581
jdoctors@londonfischer.com
DAVID M. BERKE, State Bar No. 228827
dberke@londonfischer.com
LONDON FISCHER LLP
515 South Flower Street, Suite 1000
Los Angeles, California 90071
T: (213) 404-0240 │ F: (213) 404-0251

*Attorneys for Defendant Great Wolf Resorts, Inc.*

SWIGART LAW GROUP, APC
Joshua B. Swigart (State Bar # 225557)
LAW OFFICE OF DANIEL G. SHAY
Daniel G. Shay (State Bar # 250548)
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: 866-219-3343
Telephone: 619-222-7429
josh@swigartLawGroup.com
DanielShay@TCPAFDCPA.com

*Attorneys for Plaintiff And The Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREAT WOLF RESORTS, INC.,<br><br>Defendants. | Case No. 23-cv-0281 DMS BGS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Dana M. Sabraw<br><br>Action Filed:   February 14, 2023 |

1

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Ophelia Augustine, individually and on behalf of all others similarly situated, ("Plaintiff"), by and through her counsel of record, and Great Wolf Resorts, Inc., (hereinafter "Great Wolf"), (collectively, "Parties") by and through its counsel of record and pursuant to Rule 6(b), jointly moves this Honorable Court for a thirty (30) day extension of time of up to and including May 10, 2023, for Great Wolf to respond to the Complaint. In support hereof, the Parties state:

1. On February 14, 2023, Plaintiff filed the Complaint in the Southern District Court of California.

2. Great Wolf was served with a Summons and copy of the Complaint on February 16, 2023.

3. Great Wolf previously received an extension of time to respond to the Complaint such that its current deadline to respond to Plaintiff's Complaint is April 10, 2023.

4. London Fischer LLP has only recently been retained to represent Great Wolf in this matter.

5. The extension of time will allow the parties to meet and confer regarding Great Wolf's response to the operative complaint, including a contemplated motion to dismiss under Rule 12(b)(6).

5. It will also provide the parties with an opportunity to see whether there is a possibility of an early informal resolution the case without the need to continue with the instant litigation.

6. Great Wolf therefore requests an extension of time to respond to the Complaint to allow additional time to investigate and confer with Plaintiff's counsel about the allegations in the Complaint.

7. This request is made in good faith and not for the purposes of delay.

This is the second time that the Parties have requested an extension of time to respond to the Complaint.

8. A Proposed Order granting the Parties' Joint Motion for Extension of Time to Respond to Complaint will be forwarded to Chambers.

**WHEREFORE**, the Parties request the entry of an order granting it an extension of time until May 10, 2023, within which to respond to the Complaint.

Dated: April 6, 2023						LONDON FISCHER LLP

								/s/ David M. Berke
							By: _____
								Julie E. Van Wert
								Jerome P. Doctors
								David M. Berke
								*Attorneys for Defendant Great Wolf Resorts, Inc.*


								SWIGART LAW GROUP, APC

								/s/Joshua B. Swigart
							By: _____
								Joshua B. Swigart
								*Attorneys for Plaintiff and The Putative Class*

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 10, 2023, a copy of the foregoing was served by ECF to counsel of record.

              /s/ Claudia Agredano
              _____
              CLAUDIA AGREDANO