1  JULIE VAN WERT, State Bar No. 166712
   jvanwert@londonfischer.com
2  JEROME P. DOCTORS, State Bar No. 143581
3  jdoctors@londonfischer.com
   DAVID M. BERKE, State Bar No. 228827
4  dberke@londonfischer.com
5  LONDON FISCHER LLP
   515 South Flower Street, Suite 1000
6  Los Angeles, California 90071
7  T: (213) 404-0240 │ F: (213) 404-0251

8
   *Attorneys for Defendant Great Wolf Resorts, Inc.*
9

10 SWIGART LAW GROUP, APC
   Joshua B. Swigart (State Bar # 225557)
11 LAW OFFICE OF DANIEL G. SHAY
12 Daniel G. Shay (State Bar # 250548)
   2221 Camino del Rio S, Ste 308
13 San Diego, CA 92108
   Telephone: 866-219-3343
14 Telephone: 619-222-7429
15 josh@swigartLawGroup.com
   DanielShay@TCPAFDCPA.com
16

17
   *Attorneys for Plaintiff And The Putative Class*
18

19              **UNITED STATES DISTRICT COURT**
20
           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
21

22 OPHELIA AUGUSTINE, individually and     | Case No. 23-cv-0281 DMS BGS
   on behalf of all other similarly situated,
23 Plaintiff,

24         v.                                  **JOINT MOTION FOR
25                                             EXTENSION OF TIME TO
                                               RESPOND TO COMPLAINT
26 GREAT WOLF RESORTS, INC.,                  FROM MAY 10, 2023 TO AND
                                               INCLUDING MAY 30, 2023**
27
           Defendants.
28                                             Judge: Dana M. Sabraw
                                               Action Filed:    February 14, 2023

                               1
JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Ophelia Augustine, individually and on behalf of all others similarly situated, ("Plaintiff"), by and through her counsel of record, and Great Wolf Resorts, Inc., (hereinafter "Great Wolf"), (collectively, "Parties") by and through its counsel of record and pursuant to Rule 6(b), jointly moves this Honorable Court for a twenty (20) day extension of time of up to and including May 30, 2023, for Great Wolf to respond to the Complaint. In support hereof, the Parties state:

1.    On February 14, 2023, Plaintiff filed the Complaint in the Southern District Court of California.

2.    Great Wolf was served with a Summons and copy of the Complaint on February 16, 2023.

3.    Great Wolf previously received an extension of time to respond to the Complaint to and including April 10, 2023.

4.    London Fischer LLP was retained shortly before April 10, 2023.

5.    To afford London Fischer time to evaluate Plaintiff's allegations and allow the parties to explore the possibility of an early resolution, Great Wolf sought and received a second extension of time to respond to the Complaint to and including May 10, 2023.

6.    The Parties continue to be engaged in ongoing informal good faith discussions regarding the substance of the claims in an effort to resolve the case and to avoid further judicial involvement.

7.    Great Wolf requires additional time to securely collect electronic data pertinent to the claims brought by Plaintiff, which is key to productive resolution discussions between the parties.

///

///

2

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

8.   Great Wolf and Plaintiff therefore respectfully request that Great Wolf be afforded a further extension of time to respond to the Complaint so that the parties can exchange information and continue their discussions.

9.   This request is made in good faith and not for the purposes of delay. This is the third time that the Parties have requested an extension of time to respond to the Complaint.

10.   A Proposed Order granting the Parties' Joint Motion for Extension of Time to Respond to Complaint will be forwarded to Chambers.

**WHEREFORE**, the Parties jointly request the entry of an order granting Great Wolf an additional extension of time until May 30, 2023, within which to respond to the Complaint.

Dated: May 5, 2023                    LONDON FISCHER LLP


                                                     /s/ David M. Berke
                                      By: _____
                                            Julie E. Van Wert
                                            Jerome P. Doctors
                                            David M. Berke
                                            *Attorneys for Defendant Great Wolf
                                            Resorts, Inc.*


                                      SWIGART LAW GROUP, APC

                                                     /s/Joshua B. Swigart
                                      By: _____
                                            Joshua B. Swigart
                                            *Attorneys for Plaintiff and The
                                            Putative Class*

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, a copy of the foregoing was served by ECF to counsel of record.


/s/ Claudia Agredano
_____
CLAUDIA AGREDANO

4

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT