# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, individually and on behalf of all others similarly situated,<br><br>                                       Plaintiff,<br>v.<br>GREAT WOLF RESORTS, INC.,<br>                                       Defendant. | Case No.: 23-cv-00281-DMS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME** |

The Court is in receipt of the Parties' Joint Motion for Extension of Time to Respond to Complaint. (ECF No. 12.) Good cause appearing, the Court **GRANTS** the motion. As stipulated, Defendant Great Wolf Resorts shall file a response to Plaintiff's Complaint by May 30, 2023.

**IT IS SO ORDERED.**

Dated: May 5, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court