JULIE VAN WERT, State Bar No. 166712
jvanwert@londonfischer.com
JEROME P. DOCTORS, State Bar No. 143581
jdoctors@londonfischer.com
DAVID M. BERKE, State Bar No. 228827
dberke@londonfischer.com
LONDON FISCHER LLP
515 South Flower Street, Suite 1000
Los Angeles, California 90071
T: (213) 404-0240 │ F: (213) 404-0251

*Attorneys for Defendant Great Wolf Resorts, Inc.*

SWIGART LAW GROUP, APC
Joshua B. Swigart (State Bar # 225557)
LAW OFFICE OF DANIEL G. SHAY
Daniel G. Shay (State Bar # 250548)
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: 866-219-3343
Telephone: 619-222-7429
josh@swigartLawGroup.com
DanielShay@TCPAFDCPA.com

*Attorneys for Plaintiff And The Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, individually and on behalf of all other similarly situated, <br> Plaintiff, <br><br> v. <br><br> GREAT WOLF RESORTS, INC., <br><br> Defendants. | Case No. 23-cv-0281 DMS BGS <br><br> **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FROM MAY 30, 2023 TO AND INCLUDING JUNE 15, 2023** <br><br> Judge: Dana M. Sabraw <br> Action Filed:    February 14, 2023 |

LONDON FISCHER LLP
515 S. Flower St.,
Suite 1000
Los Angeles, CA 90071
T: (213) 404-0240

1

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Ophelia Augustine, individually and on behalf of all others similarly situated, ("Plaintiff"), by and through her counsel of record, and Great Wolf Resorts, Inc., (hereinafter "Great Wolf"), (collectively, "Parties") by and through its counsel of record and pursuant to Rule 6(b), jointly moves this Honorable Court for a fifteen (15) day extension of time of up to and including June 15, 2023, for Great Wolf to respond to the Complaint. In support hereof, the Parties state:

1. On February 14, 2023, Plaintiff filed the Complaint in the Southern District Court of California.

2. Great Wolf was served with a Summons and copy of the Complaint on February 16, 2023.

3. Great Wolf previously received an extension of time to respond to the Complaint to and including April 10, 2023.

4. London Fischer LLP was retained shortly before April 10, 2023.

5. To afford London Fischer time to evaluate Plaintiff's allegations and allow the parties to explore the possibility of an early resolution, Great Wolf sought and received a second extension of time to respond to the Complaint to and including May 10, 2023.

6. To afford London Fischer and Great Wolf time to securely collect information relevant to Plaintiff's claims and share it with them, Great Wolf sought and received a third extension of time to respond to the Complaint to and including May 30, 2023.

7. On May 24, 2023, Great Wolf provided Plaintiff's counsel with information relating to the claims in the Complaint as part of their ongoing good faith negotiations regarding the substance of the claim.

8. On May 25, 2023, counsel for the parties met and conferred regarding the information provided. Plaintiff's counsel informed Great Wolf's counsel that some

LONDON FISCHER LLP
515 S. Flower St.,
Suite 1000
Los Angeles, CA 90071
T: (213) 404-0240

2
JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

additional time was needed to complete his analysis and determine if additional information or samples were needed.

9. Great Wolf and Plaintiff therefore respectfully request that Great Wolf be afforded a further extension of time to respond to the Complaint so that the parties can exchange information and continue their discussions in hopes of reaching a resolution without the participation of the Court.

9. This request is made in good faith and not for the purposes of delay. This is the fourth time that the Parties have requested an extension of time to respond to the Complaint.

10. A Proposed Order granting the Parties' Joint Motion for Extension of Time to Respond to Complaint will be forwarded to Chambers.

**WHEREFORE**, the Parties jointly request the entry of an order granting Great Wolf an additional extension of time until June 15, 2023, within which to respond to the Complaint.

Dated: May 25, 2023            LONDON FISCHER LLP

                               /s/ David M. Berke
                           By: _____
                               Julie E. Van Wert
                               Jerome P. Doctors
                               David M. Berke
                               *Attorneys for Defendant Great Wolf Resorts, Inc.*


                               SWIGART LAW GROUP, APC

                               /s/ Joshua B. Swigart
                           By: _____
                               Joshua B. Swigart
                               *Attorneys for Plaintiff and The Putative Class*

LONDON FISCHER LLP
515 S. Flower St.,
Suite 1000
Los Angeles, CA 90071
T: (213) 404-0240

3

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, a copy of the foregoing was served by ECF to counsel of record.

                                        /s/ Claudia Agredano
                                        _____
                                        CLAUDIA AGREDANO

LONDON FISCHER LLP
515 S. Flower St.,
Suite 1000
Los Angeles, CA 90071
T: (213) 404-0240

4

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT