# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREAT WOLF RESORTS, INC.,<br><br>Defendant. | Case No.: 23-cv-281-DMS-DDL<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

The Court granted Defendant's Motion to Dismiss on July 18, 2024. (ECF No. 42). Plaintiff did not file an amended complaint. Accordingly, the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
Hon. Dana M. Sabraw
United States District Judge