

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ophelia Augustine, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>V.<br><br>Great Wolf Resorts, Inc.<br><br><br>Defendant. | Civil Action No.  23-cv-0281-DMS-DDL<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court granted Defendant's Motion to Dismiss on July 18, 2024. (ECF No. 42). Plaintiff did not file an amended complaint. This case is hereby closed.

Date:       6/25/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler

B. Chandler, Deputy